UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:24-cr-00010-JMS-MKK |
| | ) | |
| JEFFREY OREGIS WILLIAMS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On May 27, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 24, 2024.  Defendant Williams appeared in person with his appointed counsel William Dazey.  The government appeared by Kelsey Massa, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Justin Otino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Williams of his rights and provided him with a copy of the petition.  Defendant Williams orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Williams admitted violation 1.  [Docket No. 7.]

3.      The allegations to which Defendant Williams admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so."** |
|  | Since beginning supervision in January 2023, Mr. Williams has failed to secure verifiable employment. He remains unemployed. |

4.     The parties stipulated that:

    (a)     The highest grade of violation is a Grade C violation.

    (b)     Defendant's criminal history category is III.

    (c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5.     The parties jointly recommended that Defendant Williams remain on his current conditions of supervision.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated one of the conditions in the petition, and that his supervised release should remain as previously ordered.

Defendant Williams is released pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/28/2025

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal